1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 300 South First Street, Suite 342
San Jose, California 95113
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mail: service@moorelawfirm.com

5 Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>   Plaintiff,<br><br>   vs.<br><br>H&S LBSE INC dba 7-ELEVEN #22736G, et al.,<br><br>   Defendants. | No. 1:21-cv-00058-NONE-BAM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff, Jose Trujillo ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified during the pendency of this action;

**WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers identified which relate to his disability. *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 944 (9th Cir. 2011); *Oliver v. Ralphs Grocery Co.,* 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS**, the Parties have not commenced discovery, other than the inspection of the subject property by Plaintiff;

**WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants H&S

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

Page 1

1  LBSE Inc dba 7-Eleven #22736G and 7-Eleven, Inc. ("Defendants"), nor does the amendment in any way change the nature of the action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.

Dated: June 25, 2021            MOORE LAW FIRM, P.C.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff,
                                Jose Trujillo

Dated: June 25, 2021            CALL & JENSEN
                                A Professional Corporation

                                */s/ Michael S. Orr*
                                Julie R. Trotter
                                Michael S. Orr
                                Attorneys for Defendants,
                                H&S LBSE Inc dba 7-Eleven #22736G
                                and 7-Eleven. Inc.

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **June 28, 2021**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE