1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone:  (408) 298-2000
   Facsimile:  (408) 298-6046
4  E-mails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11
   JOSE TRUJILLO,                              )  No. 1:21-cv-00058-NONE-BAM
12                                             )
                   Plaintiff,                  )  **STIPULATED REQUEST TO AMEND**
13                                             )  **CASE MANAGEMENT ORDER;**
           vs.                                 )  **ORDER**
14                                             )
   H&S LBSE INC dba 7-ELEVEN #22736G,          )
15 et al.,                                     )
                                               )
16                                             )
                   Defendants.                 )
17                                             )
                                               )
18 _____         )

19         **WHEREAS**, the Court issued a Scheduling Order in this matter on April 20, 2021 (Dkt.

20 11) which, among other things, set a fact discovery cutoff of November 19, 2021;

21         **WHEREAS**, on October 28, 2021, the Court issued an Order of Clarification notifying

22 the parties that there is no district judge available to hear this matter and that, "[f]or practical

23 purposes, this means that all matters set before the district judge in these cases are effectively

24 STAYED until further notice" (Dkt. 16);

25         **WHEREAS**, Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, H&S LBSE Inc dba

26 7-Eleven #22736G and 7-Eleven, Inc. ("Defendants," and together with Plaintiff, "the Parties"),

27 are presently engaged in settlement discussions, and wish to exhaust settlement efforts prior to

28 completing  discovery  including  depositions  of  fact  witnesses  and  expert  disclosures,  as

resolving some or all of Plaintiff's injunctive relief claims could limit the scope of necessary discovery and thus the costs incurred;

**NOW, THEREFORE,** the Parties, by and through their counsel, respectfully request amendment of the Scheduling Order as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Fact discovery cut-off | 11/19/2021 | 5/20/2022 |
| Expert disclosures | 12/17/2021 | 6/3/2022 |
| Expert rebuttal | 1/21/2022 | 6/17/2022 |
| Expert discovery cut-off | 2/11/2022 | 7/22/2022 |
| Pretrial motion filing deadline | 3/25/2022 | 8/26/2022 |
| Pretrial Conference | 8/19/2022 at 1:30 p.m. | 2/17/2023 at 1:30 p.m. |

**IT IS SO STIPULATED.**

Dated: November 10, 2021      MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                        Jose Trujillo

Dated: November 10, 2021      CALL & JENSEN
                                        A Professional Corporation

                                       */s/ Michael S. Orr*
                                       Julie R. Trotter
                                       Michael S. Orr
                                       Attorneys for Defendants,
                                       H&S LBSE Inc dba 7-Eleven #22736G
                                       and 7-Eleven. Inc.

1

**ORDER**

2         Although settlement discussions generally do not constitute good cause to modify a

3     scheduling order, the Court finds that a continuance to pursue settlement discussions is

4     warranted in light of both the judicial emergency in this district and the current stay of all

5     matters set before the district judge.  Accordingly, the parties having so stipulated, and good

6     cause appearing,

7         **IT IS HEREBY ORDERED** that the Scheduling Order (Dkt. 11) is amended as

8     follows:

9     

|                                    | Current Deadline        | New Deadline            |
| ---------------------------------- | ----------------------- | ----------------------- |
| Fact discovery cut-off             | 11/19/2021              | 5/20/2022               |
| Expert disclosures                 | 12/17/2021              | 6/3/2022                |
| Expert rebuttal                    | 1/21/2022               | 6/17/2022               |
| Expert discovery cut-off           | 2/11/2022               | 7/22/2022               |
| Pretrial motion filing deadline    | 3/25/2022               | 8/26/2022               |
| Pretrial Conference                | 8/19/2022 at 1:30 p.m.  | 2/17/2023 at 1:30 p.m.  |

IT IS SO ORDERED.

   Dated:   **November 15, 2021**       /s/ *Barbara A. McAuliffe*

                                                UNITED STATES MAGISTRATE JUDGE