1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  E-mails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOSE TRUJILLO, | ) No. 1:21-cv-00058-JLT-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION REGARDING EXPERT DISCOVERY AND TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER** |
| vs. | |
| H&S LBSE INC dba 7-ELEVEN #22736G, et al., | |
| Defendants. | |

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff") served his expert disclosures in this matter on June 3, 2022, including his expert's opinions regarding accessibility at 7-Eleven, located at 603A Pacheco Boulevard in Los Banos, California ("the Facility");

**WHEREAS,** Defendants H&S LBSE Inc dba 7-Eleven #22736G and 7-Eleven, Inc. (collectively "Defendants," and together with Plaintiff, "the Parties") served rebuttal expert disclosures on June 17, 2022;

**WHEREAS,** Defendants have advised that they intended to make accessibility improvements at the Facility, pending approval of their permit application, pursuant to plans that were produced to Plaintiff on June 17, 2022 along with Defendants' rebuttal expert disclosures;

1    **WHEREAS,** by the Parties' agreement, Plaintiff's expert, Michael Bluhm, conducted a
2    follow-up inspection of the Facility on July 8, 2022 at 10:00 a.m. and Plaintiff served a
3    supplemental expert report on July 15, 2022 reflecting opinions formed based on the follow-up
4    inspection;

5    **WHEREAS,** Plaintiff began taking the deposition of Defendants' expert, Neal Casper,
6    on July 18, 2022, but Mr. Casper had not yet had the opportunity to review Plaintiff's
7    supplemental expert report, and produced additional documents consisting of draft plans for the
8    Facility renovation;

9    **WHEREAS,** Mr. Casper requires additional time to review Mr. Bluhm's supplemental
10   expert report and provide rebuttal opinions, if needed;

11   **WHEREAS**, the expert discovery cutoff in this matter is July 22, 2022 (Dkt. 19);

12   **NOW, THEREFORE,** the Parties, by and through their counsel, hereby stipulate as
13   follows:

14   1)   Defendants shall depose Mr. Bluhm on July 22, 2022 at 9:00 a.m.;
15   2)   Mr. Casper may supplement his expert report, which supplemental report shall be
16        served via email by July 29, 2022;
17   3)   Plaintiff shall continue taking the deposition of Mr. Casper on August 2, 2022 at
18        9:00 a.m.; and
19   4)   The Parties agree that items (2) and (3) above may be completed on the dates set
20        forth above and request that the expert discovery cutoff be extended for the sole
21        purpose of completing these items as scheduled.

22   **IT IS SO STIPULATED.**

23

24   Dated: July 19, 2022                          MOORE LAW FIRM, P.C.

25
                                                   */s/ Tanya E. Moore*
26                                                 Tanya E. Moore
                                                   Attorney for Plaintiff,
27                                                 Jose Trujillo
28

Dated: July 19, 2022                    CALL & JENSEN
                                        A Professional Corporation

                                        */s/ Michael S. Orr*
                                        Julie R. Trotter
                                        Michael S. Orr
                                        Attorneys for Defendants,
                                        H&S LBSE Inc dba 7-Eleven #22736G
                                        and 7-Eleven. Inc.

**ORDER**

Having considered the Parties' stipulation, and good cause appearing therefore,

**IT IS ORDERED** that Defendants' expert witness, Neal Casper, may supplement his expert report, which supplemental report shall be served via email by July 29, 2022, and Plaintiff shall continue taking the deposition of Mr. Casper on August 2, 2022 at 9:00 a.m. The expert discovery cutoff shall be extended for the sole purpose of completing these items as scheduled.

IT IS SO ORDERED.

Dated:   **July 21, 2022**                   /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE